

FILED

MAY 1 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# MAINTAIN ON PAPER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

2:07 - CV - 0885 GEB EFB PC

DONNELL COX 2823456
(Name of Plaintiff)

651 I STREET
(Address of Plaintiff)

SACRAMENTO C.A. 95814

(Case Number)

vs.

COMPLAINT

SACRAMENTO Co. POLICE DEPT.

OFC. JEFFREY SHIRAISHI #562

OFC. DARBY LANNOM #776
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1. Parties to this previous lawsuit:

    Plaintiff _____

    Defendants _____ N/A _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983            Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

    N/A

3. Docket Number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
    N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                       ☒ Yes   ☐ No
      If your answer is no, explain why not _____

   C. Is the grievance process completed?                              ☒ Yes   ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant OFC SHIRAISHI #562 is employed as A POLICE OFFICER at SACRAMENTO COUNTY POLICE DEPT

   B. Additional defendants OFC LANNOM #776 IS EMPLOYED AS A POLICE OFFICER AT SACRAMENTO COUNTY POLICE DEPT.

# SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONAL SERVICES
## INMATE GRIEVANCE/SUGGESTION

**NAME (PRINT LAST, FIRST, MIDDLE):** COX, DONNELL, LEMOIR
**DATE OF BIRTH:** 8-21-63
**XREF NUMBER:** 2823456
**DATE:** 4-25-07
**INMATE'S SIGNATURE:** Donnell Cox
**INMATE'S LOCATION:** 8-WEST-115
**DATE AND TIME OF OCCURRENCE:** 10/31/06 AT 12:00 PM

**INSTRUCTIONS:** PLEASE PRINT YOUR NAME ON THE FORM AS IT APPEARS ON YOUR WRISTBAND AND INCLUDE YOUR XREF NUMBER. IF MORE THAN ONE PERSON IS SIGNING THE GRIEVANCE/SUGGESTION, PLEASE PLACE FULL NAMES AND XREF NUMBERS AT THE END OF THE FORM. USE A SECOND FORM IF MORE SPACE IS NEEDED.

**GRIEVANCE/SUGGESTION:** On 10/31/06 at 11:55 A.M. I was in the area of downtown on 11th and North D. St. I observed Ofc. Lannom and Officer Shiraishi vehicle parked in the middle of the dead end street. As everyone scattered along the passenger side of the vehicle, I chose to walk. As I got closer to the passenger side of the vehicle Ofc. Lannom stated "what are you doing back here." I stated looking for a friend why? He then stated "what's your name." I stated for what? Officer and Shiraishi then got out of their patrol car as Shiraishi walked around in front of the car to position himself behind me. Ofc. Lannom then stated "is it o.k. if I search you." I stated "for what? I haven't did anything wrong! Out of all the people who just went pass you guys you pull me over why? Both officers then attempted to place me in handcuffs. As I shook loose out of their grasp Ofc. Shiraishi grabbed at my shirt collar, the shirt ripped completely as I continued running towards the cop. I tripped and fell but caught my balance and landed safely on my stomach. Both ofcs were on top of me just when Officer Lannom was in the process of handcuffing me Ofc. Shiraishi then jumped in front of me grabbed a handfull of my hair, pulled my head upwards and viciously punched me directly in my right eye three times and another solid punch (blow) with tightened fist to my nose and mouth area as blood rushed out of my nose and mouth area. Ofc. Shiraishi then let go of my hair, my forehead hit the concrete hard and I went unconcious. I awakened in Sutter Hospital.

**RECEIVING OFFICER (PRINT):** C HENRY
**BADGE NO.:** 1481
**SIGNATURE:** C Henry
**DATE/TIME:** 04/30/07 1119

**RECEIVING OFFICERS/SUPERVISOR'S COMMENTS:**

**SUPERVISOR'S NAME (PRINT):**
**BADGE NO.:**
**SIGNATURE:**
**DATE/TIME:**

7400-012 (7421-084 Rev 1/90 PT)
DISTRIBUTION:
WHITE – DIVISION COMMANDER
YELLOW – INMATE FILE
PINK – INMATE

PAGE _____ OF _____

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

ON 10/31/06 APPROXIMENTLY 11:55 A.M, I WAS IN THE AREA OF DOWNTOWN SACRAMENTO OF 11TH AND NORTH D STREET I OB- SERVED OFC. DARBY LANNOM #776 AND OFC. JEFFREY SHIRAISHI - #562 VEHICLE PARKED IN THE MIDDLE OF THE DEAD END STREET AS SEVERAL PADESTRIANS SCATTERED IN THE STREET PASS THE PATROL CAR IN A HURRY GIVING ACKNOWLEDGEMENT TO THE OFFICERS I CHOSE TO WALK, AS I GOT CLOSER TO THE PATROL CAR (PASSENGER SIDE). OFC LANNOM THEN STATED "WHAT ARE YOU DOING BACK HERE, I STATED LOOKING FOR A FRIEND

V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

POLICE MISCONDUCT, EXCESSIVE FORCE, FALSE IMPRISON- MENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, BATTERY. I WANT FOR THE COURTS TO AWARD ME PUNITIVE DAMAGES.

Signed this 28th day of WEDNESDAY, 20 07.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3-28-07                                   Donnell Cox
(Date)                                    (Signature of Plaintiff)

11

IV. STATEMENT CLAIM (CONTINUATION)

HE THEN STATED WHATS YOUR NAME I THEN ASKED OFC. LANNOM WHY WAS HE HASSLING A BLACK MAN FOR NO REASON. HE GAVE NO RESPONSE AS BOTH OFFICERS QUICKLY GOT OUT OF THEIR PATROL CAR AND APPROACHED ME IN AN AGRRIVE MANNER. OFFICER LANNOM THEN STATED ARE YOU ON PAROLE I THEN STATED BUT I HAVENT DID ANYTHING WRONG OUT OF ALL THE PEOPLE WHO JUST WALKED PASS YOU YOU PULL ME OVER WHY? OFC. LANNOM SEEM TO GET VERY UPSET AS OFC. SHIRAISHI CAME BEHIND ME BOTH OFFICERS THEN ATTEMPTED TO PLACE ME IN HANDCUFFS AS I SHOOK LOOSE OUT OF THEIR GRASP OFC SHIRAISHI GRABBED AT MY SHIRT COLLAR THE SHIRT RIPPED COMPLETELY AS I CONTINUED RUNNING TOWARDS THE PATROL CAR I TRIPPED AND FELL. BUT I CAUGHT MY BALANCE AND LANDED SAFELY ON MY STOMACH OFC LANNOM JUMPED ON TOP OF ME AND QUICKLY ELBOWED ME IN THE BACK OF THE HEAD WITH A VICIOUS BLOW AS I HAD BOTH ARMS OUT INTO A T SHAPE I ALMOST WENT UNCONCIOUS OFC LANNOM THEN STATED ARE YOU RESISTING ARREST I STATED "NO IM NOT WHY ARE YOU GUYS DOING ME LIKE THIS? WHAT DID I DO? JUST WHEN OFFICER LANNOM WAS IN THE PROCESS OF HANDCUFFING ME WHILE STILL LAYING ON MY STOMACH OFC. SHIRAISHI THEN JUMPED IN FRONT OF ME GRABBED A HANDFULL OF MY HAIR PULLED MY HEAD UPWARDS AND VICOUSLY WITH A TIGHTENED FIST PUNCHED ME IN MY RIGHT EYE THREE TIMES AND ONE MORE SOLID PUNCH TO THE NOSE AND MOUTH AREA AS BLOOD RUSHED OUT OF MY NOSE DOWN MY SILK SHIRT AS OFC SHIRAISHI LET GO OF MY HAIR



MY FOREHEAD HIT THE CONCRETE HARD AND I PASSED OUT (UNCONCIOUS) I AWAKENED IN SUTTER HOSPITAL OFC SHIRAISHI WAS AT MY BEDSIDE TO MY LEFT AS I NOTICE HIM STANDING OVER ME I STATED "WHO PUNCED ME IN THE EYE AND NOSE LIKE THAT? OFC SHIRAISHI STATED WITH A BIG SMILE ON HIS FACE "I DID." AS THEY BOTH CONTINUED LAUGHING AND CRACKING JOKES ABOUT WHAT HAPPENED. THATS WHEN I KNEW SOMTHING WAS TERRIBLY WRONG AND THAT SOMTHING HAD TO BE DONE ABOUT IT.













**County of Sacramento**
## Office of the Public Defender

**Investigation Division**

**PAULINO G. DURÁN**
Public Defender

**Karen M. Flynn**
Chief Assistant Public Defender

**Steven W. Lewis**
Chief Assistant Public Defender

**Débra A. McClure**
Bureau Chief

NEXT COURT DATE: April 27, 2007
DEPARTMENT: 60

| | | | |
|---|---|---|---|
| **ATTORNEY:** | LEONARD TAUMAN | **CASE:** | 06F09426 |
| **INVESTIGATOR:** | JAMES MCCOY | **DATE:** | APRIL 5, 2007 |
| **DEFENDANT:** | DONNELL COX | **TIME:** | 11:15AM |
| **X-REF:** | 2823456 | | |

On April 4, 2007 at 10:00AM, I conducted a personal interview with Rodger Chmelka, DOB: 12/06/54, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ I identified myself to Chmelka as an investigator with the Public Defender's Office representing Cox and gave him my card. Chmelka related the following in summary:

I work at Gamboa's. On the day of the incident, I was over by the dumpsters, when I saw two officers talking to a black male near the front of the patrol car that was parked in the street. At the time, I was standing about 40 feet away from and had a clear view of them. I could not hear what was being said by any of them.

I then saw each officer grab Cox by the arm. One officer was on one side, and the other officer was on the other side. Cox shrugged the officers' hands off of him. The officers grabbed Cox again, but this time, he pulled away from the officers and started to run. He ran back towards and past the patrol car towards the office area of Gamboa's. The officers immediately started to chase Cox.

Cox,Donnell-Chmelka,Roger-06F09426

When Cox got to the curb near the office, he tripped and fell face first to the pavement. The officers did nothing to cause Cox to fall. Before the officers got to him, I could see that Cox was already bleeding from the face.

The officers got on top of Cox, with their knees in his back. I could hear the officers tell Cox to "put his arms behind his back." Cox was moving his arms away and was not putting his arms behind his back.

The officers struggled to get Cox's arms behind his back for about 30 seconds. Then, one of the officers started punching Cox in the face. I don't remember which officer was punching, but he hit Cox five or six times in the face. After the officer stopped punching, the struggle to handcuff Cox continued. Cox's arms were still moving around, but after a few more minutes, the officers were able to get Cox cuffed.

Soon after Cox was cuffed, several more officers arrived. I was questioned by the officers about what I saw. I can't describe exactly why, but when I spoke to the officers, I didn't feel that I could be completely open with them about how I felt about what happened. I felt bad for Cox. It seemed to me that the officers used more force than they needed to. There was no need to punch Cox in the face, like they did. At that point, he was already face down on the ground, bleeding.

**County of Sacramento**
**Office of the Public Defender**

Investigation Division

**PAULINO G. DURÁN**
Public Defender

**Karen M. Flynn**
Chief Assistant Public Defender

**Steven W. Lewis**
Chief Assistant Public Defender

**Débra A. McClure**
Bureau Chief

NEXT COURT DATE: April 27, 2007
DEPARTMENT: 60

| | | | |
|---|---|---|---|
| **ATTORNEY:** | LEONARD TAUMAN | **CASE:** | 06F09426 |
| **INVESTIGATOR:** | JAMES MCCOY | **DATE:** | APRIL 5, 2007 |
| **DEFENDANT:** | DONNELL COX | **TIME:** | 3:00PM |
| **X-REF:** | 2823456 | | |

On April 4, 2007 at 10:35AM, I conducted a personal interview with Cynthia Brown, DOB: 04/21/67, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I identified myself to Brown as an investigator with the Public Defender's Office representing Cox and gave her my card. Brown related the following in summary:

I was in the office [Gamboa's] lobby at the time of the incident. I looked outside and saw Cox briefly running and then falling face first into the ground. The officers quickly got on top of Cox, who was facing down. The officers positioned themselves with their knees in Cox's back.

Cox's arms were at his behind his back, but he wasn't handcuffed. Then one of the officers punched Cox three or four times in his face. Cox wasn't hitting back; he was just turning his head to avoid the punches. After the punches the officers continued to struggle with Cox for about 10 more minutes.

Overall, the officers actions seemed excessive to me.



**PAULINO G. DURÁN**
Public Defender

**County of Sacramento**
## Office of the Public Defender

**Karen M. Flynn**
Chief Assistant Public Defender

**Steven W. Lewis**
Chief Assistant Public Defender

Investigation Division

**Débra A. McClure**
Bureau Chief

NEXT COURT DATE: April 27, 2007
DEPARTMENT: 60

| | | | |
|---|---|---|---|
| **ATTORNEY:** | LEONARD TAUMAN | **CASE:** | 06F09426 |
| **INVESTIGATOR:** | JAMES MCCOY | **DATE:** | APRIL 5, 2007 |
| **DEFENDANT:** | DONNELL COX | **TIME:** | 3:35PM |
| **X-REF:** | 2823456 | | |

---

On April 4, 2007 at 2:45PM, I conducted a telephone interview with Beth Winter, DOB: 05/27/71; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I identified myself to Winter as an investigator with the Public Defender's Office representing Cox. Winter related the following in summary:

I was working in the office [Gamboa's] on the day of the incident. I was standing in the lobby area when I heard someone say that someone was getting beat up. I looked outside and saw Cox laying face down in the street near the curb. I could see that one of the officers was laying across Cox's upper back or shoulders. I don't remember what the other officer was doing.

One of Cox's arms was restrained behind his back. His other hand was in front of his body, over his head. One of the officers was yelling, "Are you resisting arrest?" Cox said, "I'm not." The officer was trying to grab Cox's free hand, but Cox kept moving it around.

---

The officer then hit Cox in the head with his elbow. I think the officer only hit Cox one time. After he hit Cox, they struggled for about another 1-1½ minutes. Then the officers were able to get Cox's other hand cuffed.